IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELDEN PAULINE,

    Plaintiff,

v.

HCF ADMINISTRATION, et al.,

    Defendants.
_____/

No. C 10-02365 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    On May 28, 2010, this case was commenced when Plaintiff filed a document entitled "Civil Rights Complaint."

    On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff informing him that he did not complete a civil rights complaint form or an <u>in forma pauperis</u> application. The Clerk sent Plaintiff a blank civil rights complaint form and an <u>in forma pauperis</u> application and told him that he must submit a completed complaint form and an <u>in forma pauperis</u> application within thirty days or his action would be dismissed.

    More than thirty days have passed and Plaintiff has not filed the necessary documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

    The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: 7/2/2010

                                             CLAUDIA WILKEN
                                             UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALDEN PAULINE,

   Plaintiff,

 v.

HCF ADMINISTRATION, et al.,

   Defendants.
             /

Case Number: CV10-02365 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elden Pauline
99902 Moanalua Rd
Honolulu, HI 96701

Dated: July 2, 2010

             Richard W. Wieking, Clerk
             By: Nikki Riley, Deputy Clerk